

**NUMBER 13-11-00643-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF D.S. AND E.S., CHILDREN

**On appeal from the County Court at Law No. 3
of Montgomery County, Texas.**

## MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

Appellant, Alexandra Shipula, filed an appeal from a judgment entered by the County Court at Law No. 3 of Montgomery County, Texas, in cause number 06-03-02370-CV.   Appellant has filed a motion to withdraw the appeal stating that she is no longer interested in pursuing the appeal.

The Court, having considered the documents on file and appellant's motion to withdraw the appeal, is of the opinion that the motion should be granted.   *See* TEX. R. APP. P. 42.1(a).   Appellant's motion to withdraw is granted, and the appeal is hereby

DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
8th day of March, 2012.